AMRANE COHEN
CHAPTER 13 TRUSTEE
770 The City Drive South, Suite 3300
Orange CA, 92868
Tel: (714) 621-0200
Fax: (714) 621-0277

**UNITED STATES BANKRUPTCY COURT CENTRAL
DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| IN RE:<br><br>  JAMES BOYD MAYFIELD<br><br><br><br>                Debtor(s). | **Chapter 13**<br>**Case No.:  8:08-bk-15291-ES**<br>**NOTICE OF MOTION AND VERIFIED**<br>**MOTION FOR ORDER DISMISSING**<br>**CHAPTER 13 PROCEEDING (11 U.S.C. -**<br>**1307(C))** |
| --- | --- |

        PLEASE TAKE NOTICE THAT THE TRUSTEE HEREIN MOVES FOR AN ORDER DISMISSING THIS PROCEEDING ON OR AFTER 11/30/2009 UNLESS ARRANGEMENTS ARE MADE BY THE ABOVE-NAMED DEBTOR(S) TO CURE THE DELINQUENT PAYMENTS IN THE AMOUNT OF $706.00.  IN ADDITION TO THE DELINQUENT AMOUNT LISTED, DEBTOR(S) MUST CURE ANY SUBSEQUENT TRUSTEE PAYMENT THAT MAY COME DUE AFTER THE DATE OF THIS NOTICE. THIS MOTION IS BASED ON THE FOLLOWING GROUNDS: MATERIAL DEFAULT BY THE DEBTOR(S) WITH RESPECT TO THE TERM OF THE CONFIRMED PLAN BY FAILING TO MAKE PAYMENTS ACCORDING TO THE PLAN (11 U.SC. 1307(c)(6)).

    THIS MOTION MAY BE GRANTED WITHOUT A HEARING, PURSUANT TO              LOCAL BANKRUPTCY RULE 9013-1(a)(7)(A). ANY PARTY IN INTEREST WHO WISHES TO OPPOSE THE MOTIONMUST OBTAINA HEARING DATE FROM              THE CLERK OF THE COURT FOR THE SANTA ANA DIVISION AND MUST          SERVE AND FILE HIS OPPOSITION PAPERS ON THE TRUSTEE WITHIN FIFTEEN(15) DAYS OF THE DATE OF SERVICE HEREOF.

                                        /S/AMRANE COHEN
                                        AMRANE COHEN

        AMRANE COHEN DECLARES UNDER PENALTY OF PERJURY THAT HE IS THE DULY APPOINTED, QUALIFIED AND ACTING CHAPTER 13 TRUSTEE AND THE FOREGOING IS TRUE AND CORRECT. EXECUTED AT ORANGE, CALIFORNIA ON

DATED: 11/10/2009                          /S/AMRANE COHEN
                                        AMRANE COHEN

| In re:<br>JAMES BOYD MAYFIELD<br>202 VIA SEDONA<br>SAN CLEMENTE, CA 92673 | CHAPTER 13 | |
|---|---|---|
| | Debtor(s). | **Case No.:**8:08-bk-15291-ES |

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My busines address is:

770 THE CITY DR. SOUTH, #3300
ORANGE, CA 92868

The foregoing document described as <u>NOTICE OF MOTION TO DISMISS</u> will be served or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") -** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 11/10/2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

   GREGORY J DOAN                                  ecf@doanlaw.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 11/10/2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage theron fully prepaid in the United States Mail and /or with an overnight mail service addressed as follows:

   JAMES BOYD MAYFIELD
   202 VIA SEDONA
   SAN CLEMENTE, CA 92673

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) who consented in writing to such service method, by facsimile transmission and/or email as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/10/2009 | ADRIANA PATHE | /s/_ADRIANA PATHE__ |
|---|---|---|
| Date | Type Name | ADRIANA PATHE |