1  Amrane Cohen, Chapter 13 Trustee
   770 The City Drive South, Suite 3300
2  Orange, CA 92868
   Phone (714) 621-0200
3  Fax   (714) 621-0277

**FILED**
**JUN 01 2010**
CLERK U.S BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                  Deputy Clerk

4           United States Bankruptcy Court
            Central District of California
5

6                                                ) Chapter 13
                                                 )
7  JAMES BOYD MAYFIELD                           ) Case No.: 8:08-bk-15291-ES
                                                 )
8                                                ) **NOTICE OF UNCLAIMED DIVIDEND**
                                                 ) **(Bankruptcy Rule 3011)**
9                                                )
                                                 )
10                                               )
                                                 )
11 ──────────────────────────────────────

12     TO THE CLERK OF THE ABOVE-ENTITLED COURT:

13     Please find annexed hereto Check No. **300723** in the sum of **$10.97**

14 representing an unclaimed dividend in the above-entitled Debtor's estate.

15 Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The name and

16 address of the party entitled to said unclaimed dividend is as follows:

17     JAMES BOYD MAYFIELD
       202 VIA SEDONA
18     SAN CLEMENTE, CA 92673

19
                                    /s/ Amrane Cohen
20 Date: May 24, 2010          ─────────────────────────────────
                                Amrane Cohen, Chapter 13 Standing Trustee
21

22

23

24

25

26

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0815291 | JAMES BOYD MAYFIELD ACCT: | Claim: 00000 | XXX-XX-7881 | 10.97 | 0.00 | 10.97 |
| | | TOTALS | | 10.97 | 0.00 | 10.97 |

JAMES BOYD MAYFIELD

BALANCE:            [0.00  13/00000]
SSN: XXX-XX-7881    SSN:
ACCT:                              CASE: 0815291
PRINCIPAL:    10.97    INTEREST:    0.00

---

**AMRANE COHEN**  
**CHAPTER 13 TRUSTEE**  
CHAPTER 13 TRUSTEE  
PO BOX 809  
ORANGE, CA  92856  

SUNTRUST  
800-786-8787  

64-79 / 611  

0300723  
Apr 28, 2010  
VOID 90 DAYS FROM DATE  

********$10.97

**PAY**   Ten And 97 / 100 Dollars

**TO THE ORDER OF**   U.S. BANKRUTCY COURT (FISCAL DEPT.)  
255 E. TEMPLE STREET  
LOS ANGELES, CA  90012

⑆0300723⑆ ⑈061100790⑈ 000000575186 2⑆